UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-22170-CV-WILLIAMS

MARIELA MARQUES RODRIGUEZ,

    Plaintiff,

vs.

KILOLO KIJAKAZI,[1]
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation ("***Report***") (DE 23) on Plaintiff's Motion for Summary Judgment (DE 20) and Defendant's Motion for Summary Judgment (DE 21). In the Report, Magistrate Judge McAliley recommends that the Court grant Plaintiff's Motion for Summary Judgment, deny Defendant's Motion for Summary Judgment, and remand this matter to the Commissioner for further proceedings consistent with the Report's recommendations. Neither Party filed objections to the Report, and the time to file objections has lapsed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 23) is **AFFIRMED AND ADOPTED**.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Therefore, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi was substituted for Andrew Saul as the Defendant in this suit.

2. Plaintiff's Motion for Summary Judgment (DE 20) is **GRANTED**.

3. Defendant's Motion for Summary Judgment (DE 21) is **DENIED**.

The Court will separately enter final judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 2nd day of February, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE