UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-22170-CV-WILLIAMS

MARIELA MARQUES RODRIGUEZ,

    Plaintiff,

v.

KILOLO KIJAKAZI,[1]
Acting Commissioner of Social Security,

    Defendant.
_____/

### ORDER

**THIS MATTER** is before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation (DE 29) ("***Report***") on Plaintiff Mariela Marques Rodriguez's ("***Plaintiff***") Unopposed Motion for Attorneys' Fees (DE 27) ("***Motion***"). Judge Sanchez recommends that the Court grant Plaintiff's Motion. Neither Party filed objections to the Report, and the time to do so has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 29) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion (DE 27) is **GRANTED**.

3. Plaintiff, the prevailing Party in this matter, is **AWARDED $6,864.01 in attorneys' fees and $402.00 in costs**, payable to Plaintiff's attorneys, subject to reduction by the amount of any debt that Plaintiff may owe the United States.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Therefore, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi was substituted for Andrew Saul as the Defendant in this suit.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 5th day of June, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE